No. 44. AMERICAN COMMITTEE FOR PROTECTION OF FOREIGN BORN *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD. (Certiorari, 377 U. S. 915, to the United States Court of Appeals for the District of Columbia Circuit); and
No. 65. VETERANS OF THE ABRAHAM LINCOLN BRIGADE *v.* SUBVERSIVE ACTIVITIES CONTROL BOARD. (Certio-

rari, 377 U. S. 989, to the United States Court of Appeals for the District of Columbia Circuit.) The motion of Marvin M. Karpatkin and Melvin L. Wulf for leave to present oral argument, as *amici curiae,* is denied. *Melvin L. Wulf* on the motion.